IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DANNY E. DELONEY, :
:
       Plaintiff :
:
VS. :
:
GDCP Warden CHATMAN, *et al.*, :   NO. 5:13-CV-273 (MTT)
:
       Defendants :
_____:

## O R D E R

     Plaintiff **DANNY E. DELONEY**, an inmate at Georgia Diagnostic and Classification Prison, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. By Orders dated September 3 and October 3, 2013 (Docs. 6 & 7), the Court directed Plaintiff to file his complaint on the Court's 42 U.S.C. § 1983 form and to either pay the $350.00 filing fee or submit a request to proceed *in forma pauperis* ("IFP"). Shortly after the October 3 Order, Plaintiff filed a motion to put his case "on hold for 180 days" (Doc. 8), which the Court denied (Doc. 9). The Court instead instructed Plaintiff to either comply with the Court's Orders within 14 days or voluntarily dismiss his complaint and refile when he is ready to proceed. Plaintiff was expressly informed that if he failed to comply with the Court's directive, his case would be dismissed.

     As of today's date, Plaintiff has still not filed his complaint using this Court's standard section 1983 form or moved to proceed IFP. Because Plaintiff has failed to

1

comply with this Court's Orders, this lawsuit is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 15th day of November, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr